ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 10 2020

at ___ o'clock and ___ min. ___ M
CLERK, U.S. DISTRICT COURT

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MORGAN EARLY #10104
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Morgan.Early@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 20-00045 JMS |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. § 2261A(2)(B)] |
| | ) | |
| MICAH AUSTIN GOODALE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

The Grand Jury Charges:

<u>Cyberstalking</u>
(18 U.S.C. § 2261A(2)(B))

On or about and between November 13, 2019 and May 9, 2020, both dates being approximate and inclusive, within the District of Hawaii and elsewhere, MICAH AUSTIN GOODALE, the defendant, with the intent to harass, intimidate, and cause substantial emotional distress to another person ("AF1"), did use facilities of interstate and foreign commerce, including internet websites and other forms of electronic communication services, to engage in a course of conduct that caused and attempted to cause substantial emotional distress to AF1.

//
//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Section 2261A(2)(B).

DATED: June 10, 2020, Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson, Grand Jury
Foreperson, Grand Jury

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
MORGAN EARLY
Assistant United States Attorney

United States v. Micah Austin Goodale
Indictment
Cr. No.   CR 20-00045 JMS

3