FILED

JUL 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-10203 |
| Plaintiff-Appellee, | D.C. Nos. 1:20-cr-00045-JMS-1 1:20-cr-00045-JMS |
| v. | District of Hawaii, Honolulu |
| MICAH AUSTIN GOODALE, | |
| Defendant-Appellant. | ORDER |

Before:  SCHROEDER, HAWKINS, and CALLAHAN, Circuit Judges.

This is an appeal from the district court's pretrial detention order.  We have jurisdiction pursuant to 18 U.S.C. § 3145(c) and 28 U.S.C. § 1291.

We review the district court's factual findings concerning risk of flight and the danger that appellant poses to the community under a "deferential, clearly erroneous standard."  *United States v. Hir*, 517 F.3d 1081, 1086 (9th Cir. 2008); *see also United States v. Townsend*, 897 F.2d 989, 994 (9th Cir. 1990).  The conclusions based on such factual findings, however, present a mixed question of fact and law.  *Hir*, 517 F.3d at 1086.  Thus, "the question of whether the district court's factual determinations justify the pretrial detention order is reviewed de novo."  *Id*. at 1086-87 (citations omitted).

The district court correctly found that the government has met its burden of showing that "no condition or combination of conditions will reasonably assure

[appellant's] appearance . . . and the safety of . . . the community," and that appellant therefore poses a risk of flight and danger to the community. *See Hir*, 517 F.3d at 1094; *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985). We therefore affirm the district court's pretrial detention order.

**AFFIRMED.**